**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEARS MANUFACTURING CO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HYDRO-RAIN INC., et al, <br><br> Defendants. | Case No. CV-13-6111-R (PJWx) <br><br> **ORDER OF DISMISSAL** |

THE COURT having reviewed the parties' Stipulation for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

IT IS THEREFORE ORDERED that pursuant to the Stipulation filed by the parties, this action is hereby dismissed with prejudice. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  AUGUST 6, 2014

_____
MANUEL L. REAL
United States District Judge